**LEWIS C. MULLER/State Bar No. 77525**
**Attorney at Law**
**9625 Mission Gorge Road, Ste. B2, PMB 357**
**Santee, California 92071**
**Tel: (619) 504-1539**
**Fax: (619 449-9635**

Attorney for Defendant
Candice Harrington

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 19CR3630-CAB |
| ) | |
| Plaintiff, ) | **SUPPLEMENT TO** |
| ) | **DEFENDANT'S SENTENCING** |
| v. ) | **MEMORANDUM** |
| ) | |
| CANDICE HARRINGTON, ) | Date:  February 10, 2021 |
| ) | Time:  9:30 a.m. |
| Defendant. ) | |

**TO: ROBERT S. BREWER, JR., UNITED STATES ATTORNEY,**
   **MATTHEW J. SUTTON, ASSISTANT U.S. ATTORNEY,**
   **AND U.S. PROBATION OFFICER FRANCISCO TORRES**

Defendant Candice Harrington, by and through her counsel, Lewis C. Muller, hereby files pursuant to Local Rule 32.1 the following supplement to the sentencing memorandum.

/ / / /

-1-

## **SENTENCING RECOMMENDATION**

Counsel has used the additional time to review all the facts and mitigating factors in light of the Defendant's health issues and time in custody during this pandemic.

As a result I am asking the Court to consider time served as to actual custody.

The most important step for her future is to get her back to Texas with her family.  Ms. Harrington has no place to stay here in California.  She is asking for her supervision to be transferred to Texas as quickly as possible.  Perhaps a few months in a half-way house would help.

The defendant is diabetic and asthmatic.  The health care in custody has been sporadic at best.  She has been in custody during the worst of the pandemic.

Therefore counsel respectfully asks the Court's help in structuring a sentence that is sufficient but no more than necessary for this defendant.

Respectfully submitted,

Dated: _February 5, 2021_        _s/Lewis C. Muller_
LEWIS C. MULLER,
Attorney for Defendant
Candice Harrington